UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                                   Case No. 20-CR-17

MATTHEW J. HORNUNG,

        Defendant.

## ORDER GRANTING MOTION FOR COMBINED PLEA AND SENTENCING HEARING AND FOR PREPARATION OF A PSR

The defendant in the above matter has indicated an intent to enter a guilty plea and filed a motion seeking a combined plea and sentencing hearing. The defendant has filed a motion requesting the court to direct the United States Probation Office to prepare a presentence report under Fed. R. Crim. P. 32(d) and Crim. L.R. 32 (E.D. Wis.) and consents to allow the Probation Office to disclose the report to the court and the parties before the combined plea/sentencing hearing. The Government does not object.

The defendant's motion is granted. Pretrial Services is ordered to prepare a presentence report under Fed. R. Crim. P. 32(d) and Crim. L.R. 32 (E.D. Wis.) and disclose the report to the court and the parties before the combined plea/sentencing hearing. The Clerk is directed to schedule a combined change of plea and sentencing hearing to be held in approximately 120 days upon consultation with the parties. The counsel-only status conference scheduled for April 3, 2020 at 2:30 p.m., is removed from the court calendar. Based upon counsel's representation that the case has been resolved and the General Order Regarding COVID-19 Virus Public Emergency, 20-2, any delay in the trial of this matter, in the event plea negotiations break down, is excluded

from the time limits under the Speedy Trial Act. The court finds that the ends of justice served by taking such action allowing the parties to resolve the case at a single hearing pursuant to an agreement reached by the parties, especially under the present circumstances brought on by the COVID-19 pandemic, outweigh the best interest of the public and the defendant in a speedy trial.

Finally, the Clerk is directed to provide a copy of this order to the Supervising Probation Officer in the Green Bay office.

Dated at Green Bay, Wisconsin this 1st day of April, 2020.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court